Kenneth WEAVER, Plaintiff In Error,

v.

The STATE of Oklahoma, Defend-
ant In Error.

No. A–13801.

Court of Criminal Appeals of Oklahoma.
June 1, 1966.

————◆————

Frank Grayson, Oklahoma City, for plain-
tiff in error.

Charles Nesbitt, Atty. Gen. of Oklahoma,
for defendant in error.

## MEMORANDUM OPINION

BUSSEY, Presiding Judge.

Kenneth Weaver was charged by infor-
mation in the District Court of Pittsburg
County with the crime of Operating a Mo-
tor Vehicle While Under the Influence of
Intoxicating Liquor, Second and Subse-
quent Offense. He was tried by a jury
who found him guilty and assessed his pun-
ishment at one year in the State Peniten-
tiary and a fine of $500.00. A timely appeal
was thereafter perfected to this Court. No
brief having been filed on behalf of Plain-
tiff in Error, this cause was submitted on
the record on December 14, 1965, under
Rule 9 of this Court, 22 O.S.Supp.1965, c.
18 Appendix, which provides:

"When briefs are not filed, or when an
appearance is not made, the cause will be
submitted and examined for fundamental
error only."

See Ashby v. State, Okl.Cr., 406 P.2d 1007;
and Bales v. State, Okl.Cr., 406 P.2d 1010.

We have carefully examined the record
and finding it free of fundamental error,
are of the opinion that the judgment and
sentence appealed from should be, and the
same is hereby,

Affirmed.

NIX and BRETT, JJ., concur.